USCA1 Opinion

 

 April 5, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1783 MARIA SEGARRA, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Salvador Medina De La Cruz on brief for appellant. __________________________ Guillermo Gil, United States Attorney, Maria Hortensia Rios, ______________ ______________________ Assistant United States Attorney, and Gerald Luke, Attorney, Social ___________ Security Administration, on brief for appellee. ____________________ ____________________ PER CURIAM. We have carefully reviewed the record on ___________ appeal as a whole and agree that it contains substantial evidence supporting the Secretary's finding that claimant was not disabled prior to July 19, 1991. The judgment is affirmed essentially for the reasons stated in the district court's opinion and order dated April 24, 1995. Affirmed. ________ -2-